**CINCINNATI MILACRON, LTD., Appellant,**

v.

**M/V AMERICAN LEGEND, her engines, boilers, etc., and United States Lines, Inc., Appellees.**

**No. 85–1183.**

United States Court of Appeals, Fourth Circuit.

Argued Oct. 7, 1986.

Decided Nov. 6, 1986.

James D. Skeen (David W. Skeen, Constable, Alexander, Daneker & Skeen, on brief), for appellant.

John H. West, III (Roann Nichols, Ober, Kaler, Grimes & Shriver, on brief), for appellees.

Before WINTER, RUSSELL, WIDENER, HALL, PHILLIPS, SPROUSE, ERVIN, CHAPMAN, WILKINSON and WILKINS, Circuit Judges, sitting en banc.

PER CURIAM:

On rehearing of this appeal en banc, the judgment of the district court is affirmed for reasons stated in the dissent to the superseded panel decision. *See Cincinnati Milacron, Ltd. v. M/V American Legend,* 784 F.2d 1161, 1166 (4th Cir.1986) (dissenting opinion).

Chief Judge Winter and Judge Ervin dissent and would reverse for reasons stated in the superseded opinion for the panel majority. *See id.* at 1162.

AFFIRMED.